UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>          Defendants. | Case No. 1:24-cv-2862-TJK |

**DEFENDANTS' RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY**

Defendants submit this response to Heritage's notices of supplemental authority (ECF Nos 15, 16).

The *American Oversight* request and litigation—during which the Department of Justice opposed American Oversight's motion for a preliminary injunction—are distinct from the request and litigation here in a couple of respects. First, that request is nearly two months old. *Am. Oversight v. DoD, et al.*, 24-cv-2789-PLF, Compl. at ¶ 8, ECF No. 1. Second, the Court found that the request was extremely narrow: "there may only be one document or a few documents." *Am. Oversight* Hearing Transcript at 46:12–13, ECF No. 16-1.

In this case, by contrast, the request was sent on September 25. Compl. ¶ 14, Exs. 1–3. Moreover, the request by Heritage here broadly calls for "[*a*]*ll* records relating to Ukrainian President Volodymyr Zelenskyy's visit to the Scranton Army Ammunition Plant in Scranton, PA on September 23, 2024, *including* ethics guidance, inter- and/or intra-governmental clearances, final agency plans, and excluding all national security information or similar classified information and information relating to physical security arrangements." *Id.* at ¶ 15, Exs. 1–3 at 1 (emphasis added). Responding to this request will require searches of multiple different locations for several

1

different categories of documents, followed by review of the records to determine responsiveness and the application of exemptions. Such time-consuming searching was not necessary to locate the "one document or a few documents" at issue in the *American Oversight* matter. Moreover, the nature of the records requested here—which includes records with multiple agencies' equities including inter-governmental clearances—necessarily will require each Defendant to coordinate with other agencies about the processing of responsive records. The anticipated burden on Defendants and corresponding time to process records responsive to Heritage's request is, accordingly, much greater than that in *American Oversight*.

Dated: October 25, 2024                     Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                ELIZABETH J. SHAPIRO
                                                Deputy Branch Director

                                                */s/ Jason K. Altabet*
                                                JASON K ALTABET
                                                Trial Attorney (Md. Bar No. 2211280012)
                                                Federal Programs Branch
                                                U.S. Department of Justice, Civil Division
                                                1100 L St. NW
                                                Washington, DC 20005
                                                Tel: (202) 514-9237
                                                Email: jason.k.altabet2@usdoj.gov

                                                *Counsel for Defendants*