UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br>　　　　Defendants. | Case No. 1:24-cv-2862-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's March 30, 2025 Minute Order, the parties have conferred via email and respectfully submit this Joint Status Report to advise the Court on the status of Plaintiffs' Freedom of Information Act ("FOIA") requests:

1.　This case concerns Plaintiffs' FOIA requests, dated September 25, 2024, seeking "[a]ll records relating to Ukrainian President Volodymyr Zelenskyy's visit to the Scranton Army Ammunition Plant in Scranton, PA on September 23, 2024, including ethics guidance, inter- and/or intra-governmental clearances, final agency plans, and excluding all national security information or similar classified information and information relating to physical security arrangements." Compl. ¶ 15, Exs. 1–3 at 1. Plaintiffs submitted requests to the State Department, Department of Defense ("DoD") and Office of Management and Budget ("OMB"). Plaintiffs sought expedition from all three agencies—the State Department denied expedition, OMB granted expedition, and DoD had not yet made a determination before Plaintiffs filed this lawsuit.

2.　OMB has completed its production of all non-exempt, responsive records to Plaintiffs.

3. The State Department has completed its search for responsive records and continues to review non-exempt, responsive records for production to Plaintiff. On March 26, 2025, the Department made an initial production of 14 records (released in part) to Plaintiff. The Department reports that there are 171 records remaining in this case. The Department will confer with Plaintiff regarding a proposed production schedule for future productions.

4. DoD has initiated but has not yet completed its search for responsive records. DoD does not yet know the complete volume of potentially responsive records to be reviewed for responsiveness and exemptions. DoD is presently consulting with other agencies about the records DoD has reviewed. DoD cannot presently estimate when it will be able to complete its processing of all responsive records and produce all non-exempt, responsive records to Plaintiffs.

5. The parties further propose that they file a joint status report on July 28, 2025, to update the Court on Defendants' processing of Plaintiffs' FOIA requests and propose a schedule for further proceedings, if necessary.

Dated: May 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

ERIC NEAL CORNETT
(No. 1660201)

/s/ Jason K. Altabet
JASON K ALTABET
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

Law Office of Eric Neal Cornett
Telephone: (606) 275-0978                    *Counsel for Defendants*
Email: neal@cornettlegal.com

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU
(No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*